# ORDER

**VIRGINIA:**

In the Court of Appeals of Virginia on Tuesday the 12th day of November, 1991.

James Patrick Carson, Appellant,

against

Commonwealth of Virginia, Appellee.

COUNSEL

Roger A. Inger, for appellant.

Thomas C. Daniel, Assistant Attorney General (Mary Sue Terry, Attorney General, on brief), for appellee.

## UPON REHEARING EN BANC

OPINION

On May 14, 1991 a panel of this Court affirmed the conviction of James Patrick Carson, 12 Va. App. 497, 404 S.E.2d 919 (1991). Carson's petition for rehearing *en banc* was granted and heard on October 22, 1991. For the reasons stated in the panel's opinion, a majority of the Court affirms the judgments of the trial court. Accordingly, the stay of this Court's May 14, 1991 mandate is lifted and its directives reinstated.

Judge Benton, with whom Chief Judge Koontz, Judge Duff, and Judge Elder join, would reverse the judgment of the trial court for the reasons stated in the dissenting opinion of the original panel decision.

This order shall be published and certified to the trial court.